JOHNSON & OTHERS, Plaintiffs in Error, *vs.* CLARK COUNTY COURT, Defendant in Error.

1. A writ of error does not lie to the order of a county court removing a county seat. (*Tetherow* v. *Grundy County Court,* 9 Mo. Rep. 117, affirmed.)

*Error to Clark Circuit Court.*

This was a proceeding under the statute (R. C. 1845, ch. 40,) for the removal of the county seat of Clark county from Alexandria to Waterloo. Commissioners were appointed, who selected Waterloo as the site, and an election was ordered, pursuant to the statute, to take the sense of the tax payers upon the subject. Upon the return of the poll-books to the county court, John W. Johnson and other citizens of the

county appeared, and offered to prove by the assessor's books and the assessor, that a majority of the inhabitants of the county who paid taxes on land, and of the householders, did not vote for the removal. The county court decided that they could not go outside of the poll books to hear any evidence, and it appearing that a majority of the votes cast were in favor of the site selected, an order was made that Waterloo should be the permanent seat of justice. Johnson and others excepted, and appealed to the Circuit Court, where, the orders of the county court being affirmed, they sued a writ of error out of this court.

*W. N. Grover* appeared for Johnson and others.

No appearance on the other side.

SCOTT, Judge. This case is similar to that of *Tetherow* v. *Grundy County Court*, (9 Mo. Rep. 117,) and the writ of error will be dismissed. Writ dismissed.